MOW 2016-1.2 (08/2020)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

IN RE:                            )
                                  )
EVERETT LEE EADS JR,       )   Case No. 21-30265-btf13
SHAYLA KAY EADS,         )
                                  )
                                  )
           Debtor(s)           )
                                  )

## **MOTION FOR POST-CONFIRMATION FEES**

        In accordance with Local Rule 2016-2(E), attorney for debtor(s) hereby requests additional compensation for services performed on behalf of the debtor(s).

_____        Amendments to Schedules - $200
                       Date Amendments filed_____

_____        Amendments to Schedules I & J with Business Attachments - $250
                       Date Amendments filed _____

_____        Case closing fees and expenses -$250
                     (to be held in trust pending performance of the work)

_____        Defense of Motions for Relief from the Automatic Stay - $350
                       Date Response filed_____

_____        Defense of Motions to Dismiss - $250
                       Date Response filed \_\_\_\_\_

_____        Filing Proofs of Claim on behalf of creditors - $200
                       Date Claim filed_____

_____        Motions for Emergency Hearing/Shorten Time/Expedite - $150
                       Date Motion filed_____

_____        Motion for Order Requesting Substantial Relief - $250
                       Date Motion filed_____

_____        Motions for Payoff of Chapter 13 Plan - $150
                       Date Motion filed _____

_____        Motions for Relief from Stay (divorce) - $250
                       Date Motion filed_____

_____        Motions to Approve Permanent Home Mortgage Modification (no hearing) - $250
                       Date Motion filed_____

_____        Motions to Approve Settlement/Allow Use of Settlement - $250
                       Date Motion filed_____

_____        Motions to Approve Trial Home Mortgage Modification (no hearing) - $250
                       Date Motion filed_____

_____        Motions to Avoid Lien or Avoid Judgment - $250
                       Date Motion filed_____

_____        Motions for Personal Property Tax Waiver - $150
                       Date Motion filed_____

_____     Motions to Distribute Insurance Proceeds - $250
                Date Motion filed_____

_____     Motions to Employ Counsel/Professional - $250
                Date Motion filed_____

_____     Motions to Incur Additional Debt - $350
                Date Motion filed_____

_____     Motions to Retain Tax Refund Greater than $3,500 - $250
                Date Motion filed_____

\_\_\_\_ _____     Motions to Suspend or Abate Payments - $250
                Date Motion filed \_\_\_\_

_____     Motions to Sell Property - $350
                Date Motion filed _____

_____     Motions to Vacate or Set Aside Order - $250
                Date Motion filed _____

_____     Notice of Additional Creditors (Local form MOW 1009-1.3) - $250
                Date Motion filed_____

_____     Objections to a Notice of Payment Change or a Notice of Fees, Expenses, and
Charges (Local Rule 3094-1.C.3.) (no hearing) - $250
                Date Objection Filed _____

_____     Objections to Proofs of Claim (no hearing) - $250
                Date Objection filed_____

\_\_\_\_\_X\_\_\_\_\_     Obtaining Confirmation of Amended Plan - $350
                Date Amended Plan filed **12/01/2021**

_____     Obtaining and Providing Proof of Direct Payments - $150
                Date provided _____

_____     Response to Trustee's Motion (not listed above) - $150
                Date Response filed_____

_____     Review of a Notice of Payment Change or a Notice of Fees, Expenses, and
Charges (Local Rule 3094-1.C.3. (without filing an objection) - $50
                Date Notice Filed _____

_____     Review of and providing income tax returns to the trustee when a motion to retain
is not required - $150
                Date Tax Returns provided _____

_____     With hearing (when any of the authorized menu items require a hearing) - $200
                Date Pleading requiring hearing_____     Hearing date _____

_____     Copy Expenses (Number of Copies Multiplied by $.25)
                Document Copied_____

_____     Postage Expenses (Postage Rate Multiplied by Number of Items Mailed)
                Document Mailed_____

       The services indicated above having been completed, additional compensation is hereby requested in the amount of **$350.00** and expenses in the amount of **$0.00**.

       **I hereby certify that the services referenced in this motion were actually provided after confirmation of the plan in this case.**

01/17/2022                    /s/ Jonathan D. Bhend
Date                                Attorney for Debtor

## NOTICE OF MOTION

Any party with an objection is directed to file a Response to the motion within twenty-one (21) days of the date of this notice with the Clerk of the United States Bankruptcy Court.  Documents can be filed electronically at http://ecf.mowb.uscourts.gov.  Information about electronic filing can be found on the Court website www.mow.uscourts.gov.  Parties not represented by an attorney may mail a response to the Court at the address below.  If a response is timely filed, a Notice of Hearing will be provided to all interested parties by the Court.  If no response is filed within twenty-one (21) days, the Court will enter an order.

## CERTIFICATE OF SERVICE

I, Jonathan D. Bhend, hereby certify that a true and correct copy of the Motion was served, in addition to the parties notified by the US Bankruptcy Court's electronic notification, upon debtor(s), the United States Trustee, and unrepresented parties requesting notice via US First Class Mail, postage prepaid, this **17**th day of **January, 2022.**

Richard V. Fink, Chapter 13 Trustee

All creditors listed on the mailing matrix maintained by the Court as of the above referenced date.

/s/ Jonathan D. Bhend
Typed Name or Signature

**Court Address: United States Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106**